■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. IRVING LEIBOWITZ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE MELVILLE.—

[In each action.] Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, Eager and Noonan, JJ.